**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Arch Insurance Company
Plaintiff,

v.                                                                          Case No.: 1:22−cv−07321
                                                                                       Honorable LaShonda A. Hunt

Biometric Impressions Corp., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 7, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: The parties' joint status report and motion to extend stay [12] is granted. All deadlines in this case are stayed until 4/18/24. If no stipulation of dismissal is filed by that date, the parties must file an updated report on the status of settlement in this case and the related class action. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.